Timothy W. Bowes, Respondent, v. Hawthorne Amusement Corporation, a Domestic Corporation Doing Business in the State of New York, Appellant.— Action for personal injuries. While a performance was in progress on the stage of the defendant's theatre during the afternoon of February 23, 1928, plaintiff, who was on the stage, was struck by a counterweight part of the hoisting equipment. Plaintiff played the part of a character in the act and also assisted in the management of the equipment. Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

Timothy W. Bowes, Respondent, v. Hawthorne Amusement Corporation, a Domestic Corporation Doing Business in the State of New York, Appellant.— Order denying defendant's motion for a new trial upon the ground of newly-discovered evidence unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

Austin B. Irwin, Respondent, v. John Klein, Paramount Publix Corporation and R. K. O. Studios, Inc., Appellants.— Action for personal injuries sustained by plaintiff, a police officer, while performing his duties as a motor cycle escort to an automobile used in taking moving pictures. The accident was the result of a collision between plaintiff's motorcycle and the automobile, owned by defendant Klein and operated by a driver hired by Klein. The automobile was being operated for the purposes of the other two defendants. Judgment affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.; O'Malley, J., dissents as to the defendant Paramount Publix Corporation and votes to reverse and dismiss the complaint as to said defendant.

Heating and Plumbing Finance Corporation, Respondent, v. Patrick O'Boyle and Winnie H. O'Boyle, Appellants, Impleaded with Chester A. Wagner, Defendant.— Action on a promissory note made by defendants-appellants to the order of Electric Servant Company and indorsed by the latter to the plaintiff. Order granting plaintiff's motion for summary judgment, and the judgment entered thereon, unanimously reversed, with costs, and the motion denied, with ten dollars costs. There are triable issues of fact which must be determined. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

Universal Carloading and Distributing Company, Respondent, v. The Camden Fire Insurance Association, Appellant.— Action on a policy of transportation insurance for a loss by fire. On January 18, 1933, plaintiff, a forwarder, shipped at Kansas City a quantity of goods on a truck owned and operated by Molander Brothers Freight Lines for delivery at Denver, Col. On January twentieth, while the truck and its contents were at Salina, Kan., en route to Denver, the goods were completely destroyed by fire, one of the risks insured against. The policy of insurance was issued by defendant to Molander Brothers Freight Lines with a rider making plaintiff an assured under the policy. Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

Etta Liberman and Another, Plaintiffs, v. The City of New York, Defendant-Respondent, and Anna Schwinger Wacht, Defendant-Appellant.— Plaintiffs recovered judgment against the defendants as joint tort feasors. The city of New York paid such judgment and moved under section 211-a of the Civil Practice Act for contribution from the defendant-appellant. Judgment and order directing